# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Derek E Gronquist

*Plaintiff*

v.

Kellon Cunningham; et al

*Defendant*

Civil Action No. 4:15-cv-05008-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment, ECF No. 17, is GRANTED.
Mr. Gronquist's Motion to Certify, ECF No. 74, is DENIED.
Mr. Gronquist's Motion to Show Cause, ECF No. 84, is DENIED.
Judgment in Defendants' favor with prejudice.
Pending dates and deadlines are STRICKEN.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge EDWARD F. SHEA on Defendant's motion for Summary Judgment (ECF No. 17); Gronquist's Motion to Certify (ECF No. 74); and Gronquist's Motion to Show Cause (ECF No. 84).

Date: 05/20/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler